UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

MARGARET R. SNOOK,

  Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

  Defendant.

NO. CV-07-110-CI

**JUDGMENT IN A CIVIL CASE**

## **DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment (Ct. Rec. 16) is **DENIED**. The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED 13th day of December, 2007.

           JAMES R. LARSEN
          District Court Executive/Clerk


          by:  Stevie Perry
            Deputy Clerk

cc: all counsel