UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| MARGARET R. SNOOK, | ) | |
| Plaintiff, | ) ) | |
| | ) | NO. CV-07-0110-CI |
| v. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | ) ) ) | **A M E N D E D** |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **DENIED.** Plaintiff's Motion for Summary Judgment is **GRANTED IN PART.** The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED this   14\ :sup:`TH`   day of   December, 2007.

JAMES R. LARSEN
District Court Executive/Clerk

by:    s/Linda Emerson
          Deputy Clerk

cc: all counsel

AMENDED JUDGMENT